1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  J & J SPORTS PRODUCTIONS, INC.,                 2:07-CV-1226 JCM (GWF)

8              Plaintiff,

9  v.

10 ALMA D. CORONA, et al.,

11             Defendants.

12

13                                    **ORDER**

14         Presently before the court is plaintiff J & J Sports Productions, Inc.'s status report (doc. #76),

15 filed pursuant to the court's order (doc. #75).

16         In the court's order, it required the plaintiff to file a status report to update the court on the

17 consent judgment entered against defendants in the sum of $6,000.00 (doc. #73). In the status report,

18 plaintiff has requested that the case be closed in light of the consent judgment.

19         Accordingly,

20         IT IS HEREBY ORDERED ADJUDGED AND DECREED that the case of *J & J Sports*

21 *Productions, Inc. v. Asencio et al* (Case no. 2:07-cv-01226-JCM-GWF along with consolidated case

22 numbers 2:07-cv-01601-JCM-GWF, 2:08-cv-00050-JCM-GWF, 2:08-cv-00227-JCM-GWF and

23 2:08-cv-00409-JCM-GWF) be closed.

24         DATED October 21 2010.

25

26                                    _____

27                                    **UNITED STATES DISTRICT JUDGE**

28

**James C. Mahan**
**U.S. District Judge**